Certified Mail # 7017 1450 0001 6116 9131

Marilyn Cook
MARILYN COOK-1395440
Knox Co. Jail
5001 Maloneyville Rd.
Knoxville, TN 37918

5/26/18

Judge Poplin
800 Market St. Suite 144
Knoxville, TN 37902

RE: 3:18-CR-19 Certified Copy of Oath of Office
Certified Copy of Bond

Dear Judge Poplin,
I'm writing this letter In propria Persona reserving all my rights and as third party Intervener for the Defendant MARILYN YVETTE Cook.
I have made several request since 3/26/18 for a Certified copy of your oath of office and a Certified copy of your Bond. The first request was made to attorney Dono Cole, the second request was made to attorney Robert R. Kurtz, and the third request was

(1)

Made to the United States District Court, Eastern District of Tennessee at Knoxville, Clerk of Court. My Request isn't unreasonable, your oath of office is evidence of your contract with the people, to be specific with me on the private side. I want you to take judicial Notice of your Contract with me the woman and I expect the terms of that Contract to be followed.

Your bond is evidence of the limited liability the Judge (PERSON) has in public when dealing with Citizens and Residents that are either owned or Controlled by the corporations. It doesn't limit the private liability that you have when dealing with the people, to be specific me on the private side.

Since there is no money to pay me if I'm damaged by your actions, I need to know if your bond will withstand the commercial liability of the charges (3:18-CR-19) your Court entered into 3/20/18, because I will have to be satisfied with possible payment to the strawman MARILYN YUETTE COOK Just in case there are damages, but this isn't the reason I'm bringing the Bond into the issue. The reason is to notify risk management if necessary that I have been damaged by one of its insured persons. This is not the

(2)

Bond for the woman but for the Judge, the woman doing business as "JUDGE" for the public, but can also come under the private rules of equity, which is broadly defined as "What is Right". It is right for you to recognize me as a Creditor, especially if I'm performing as a Creditor while being warehoused under horrible circumstances in the Knox Co. Jail. (1) I have accepted the presentment for value and returned it. (2) I have exchanged my Exemption for discharge of the charge. (3) I want settlement and Closure. (4) I'm not disputing the facts. (5) I Requested an appearance Bond at no cost to me. (6) I'm not the party dishonoring the process. There is no controversy and to date I haven't received an Appearance Bond nor Certified copies of your oath of office or Bond.
I am one of the people, a Creditor with priority over fictions. I look forward to receiving the Requested Certified Copies soon. In advance thank you for your cooperation.

Sincerely,
By: Marilyn Powell Cook
Creditor/Private Banker

