# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### KNOXVILLE DIVISION

UNITED STATES OF AMERICA      )
                                                 )

v.                                              )       No. 3:18-CR-19
                                                 )

MARILYN YVETTE COOK          )

---

## VERDICT FORM

We, the members of the jury, find unanimously and from all the evidence as follows:

1.  As to Count One of the Superseding Indictment charging a violation of 18 U.S.C. § 514(a)(2) (presenting a fictitious financial instrument), we find the defendant, **Marilyn Yvette Cook,**

    _____ Not Guilty

    ___✓___ Guilty

2.  As to Count Two of the Superseding Indictment charging a violation of 18 U.S.C. § 287(a) (presenting a false claim to the United States), we find the defendant, **Marilyn Yvette Cook,**

    _____ Not Guilty

    ___✓___ Guilty

CONFIDENTIAL

_____          7/31/19

Foreperson                                   Date