| EXHIBIT | DESCRIPTION | RLS |
|---|---|---|
| Gov-1 | 01-BILL OF EXCHANGE | Yes |
| Gov-2 | 02-SURVEILLANCE PHOTOS 10-11-2017 | Yes |
| Gov-3 | 03-SURVEILLANCE PHOTOS 10-12-2017 | Yes |
| Gov-4 | 04-DOCS PROVIDED BY M. COOK IN SUPPORT OF BOE | Yes |
| Gov-5 | 05-EMAILS RE BOE | Yes |
| Gov-6 | COOK MAILING TO REGIONS BANK | Yes |
| Gov-7 | 07-COOK MAILING TO K. SANDERS | Yes |
| Gov-15 | 15-COOK 2016 FORM 1040 | Yes |
| Gov-16 | 16-COOK 1040 ACCOUNT TRANSCRIPT | Yes |
| Gov-17 | 17-COOK 2016 IRPTR | Yes |
| Gov-34 | TN DEPT. OF STATE FILING INFORMATION FOR SHEEP | Yes |
| Gov-36 | STIPULATION 1 | Yes |
| Def-1 | Endorsement on Bill of Exchange | Yes |
| Def-2 | Special Deposit | Yes |
| Def-3 | Special Instructions | Yes |
| Def-4 | Letter of Credit Authorization | Yes |